# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Reed,<br><br>         Plaintiff,<br><br>v.<br><br>Amerifirst Financial Incorporated,<br><br>         Defendant. | No. CV-21-00728-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 27), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 6th day of December, 2021.

Douglas L. Rayes
United States District Judge